# EXHIBIT 4

# U.S. Patent No. 8,306,815

## Speech Dialog Control Based On Signal Pre-Processing

*Infringement Claim Chart*

**Amazon Smart Devices**

**U.S. Patent No. 8,306,815**
1 "A speech dialog system, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A speech dialog system, comprising: | Amazon Smart Devices with Amazon's Alexa (including Alexa+)[1] include a speech dialog system. For example, the Amazon Echo Dot Max is configured to work with Amazon's Alexa (including Alexa+), which allows users to interact with Alexa.<br><br>• Simple smart home control: Set routines, pair and control lights, locks, and thousands of devices that work with Alexa without needing a separate smart home hub. Extend wifi coverage with a compatible eero network and say goodbye to drop-offs and buffering. With Omnisense technology, you can activate routines via temperature or presence detection.<br>• Get things done with Alexa: From weather updates to reminders. Designed to support Alexa+, experience a more natural and conversational Alexa that delivers on tiny tasks to tall orders.<br><br>Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ. |

---

[1] Amazon Smart Devices with Amazon's Alexa (including Alexa+) include, for example, Amazon Echo smart speakers, Amazon Echo Show smart displays, Amazon Ember televisions, Amazon Fire TVs, Amazon Fire tablets, and Amazon Fire TV Cube. Upon information and believe the Amazon Smart Devices with Amazon's Alexa operate in substantially the same manner with respect to the '815 Patent.

**U.S. Patent No. 8,306,815**
1 "A speech dialog system, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |  |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ.

**U.S. Patent No. 8,306,815**
1 "A speech dialog system, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |  Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ. |

**U.S. Patent No. 8,306,815**

1 "A speech dialog system, comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|---------------------|
|  | **Key takeaways**<br><br>• Amazon announced four new Echo devices built from the ground up for Alexa+.<br><br>• New custom designed silicon and Omnisense sensor fusion platform enable smarter, more personalized, and proactive Alexa+ experiences.<br><br>• These new Echo products are the best way to experience Alexa+, and Early Access is now available out of the box with the purchase of an all-new Echo.<br><br>The _Echo Dot Max_ and _Echo Studio_ are now available for purchase.<br><br>Earlier this year, we launched _Alexa+_, our next-generation AI assistant that's deeply conversational and engaging, personalized, and gets things done. Already, the millions of customers with Early Access are talking to Alexa over 2x more, having deeper conversations on any topic, and relying on her to complete more tasks like controlling smart home devices, booking reservations, and helping navigate the family calendar. Today, we're introducing four new Echo devices, purpose-built for Alexa+. The all-new _Echo Dot Max_, _Echo Studio_, _Echo Show 8_, and _Echo Show 11_ are the most advanced Echo devices we've ever built. They deliver more processing power, memory, edge-based computing, and advanced sensing capabilities to enable Alexa+ to deliver ambient AI experiences that fade into the background of daily life. They have an all-new look and feel we think customers will love. And now, any customer who orders a new Echo device will get access to Alexa+ out of the box.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, _available at_ https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-5-

**U.S. Patent No. 8,306,815**
1 "A speech dialog system, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | Further, the Amazon Echo Dot Max includes a speaker and a microphone array, which allows users to interact with Alexa.<br><br>**Compare Echo devices**<br><br>*[comparison table follows]*<br><br>Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ. |

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (767) | 4.4 ★★★★½ (3,025) | 4.7 ★★★★½ (191,260) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

**U.S. Patent No. 8,306,815**

1(a) "a processor;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| a processor; | Amazon Smart Devices include a processor.  For example, the Amazon Echo Dot includes Amazon's AZ3 processor.<br><br>**Compare Echo devices**<br><br><table><tr><td>DEVICE</td><td>Echo Studio</td><td>Echo Dot Max</td><td>Echo Dot (5th Gen)</td></tr><tr><td>PRICE</td><td>$219.99</td><td>$99.99</td><td>$49.99</td></tr><tr><td>RATINGS</td><td>4.0 (767)</td><td>4.4 (3,025)</td><td>4.7 (191,260)</td></tr><tr><td>BEST FOR</td><td>Large communal spaces</td><td>Living rooms, communal spaces</td><td>Bedrooms and small spaces</td></tr><tr><td>RELEASE YEAR</td><td>2025</td><td>2025</td><td>2022</td></tr><tr><td>WORKS WITH ALEXA+</td><td>✓</td><td>✓</td><td>✓</td></tr><tr><td>AUDIO PLAYBACK EXPERIENCE</td><td>Immersive sound with Amazon Spatial Audio and Dolby Atmos</td><td>Room-filling, rich sound</td><td>Vibrant Sound</td></tr><tr><td>SPEAKERS</td><td>1x 3.75" high excursion woofer, 3x full-range drivers</td><td>1x 0.8" tweeter, 1x 2.5" woofer</td><td>1.73" front-firing speaker</td></tr><tr><td>AUDIO TECHNOLOGY</td><td>Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos</td><td>Lossless High Definition, Automatic Room Adaptation</td><td>None</td></tr><tr><td>MICROPHONES</td><td>4 microphone array to deliver best-in class Alexa + support</td><td>4 microphone array to deliver best-in class Alexa + support</td><td>3 microphone array</td></tr><tr><td>PROCESSOR</td><td>AZ3 Pro</td><td>AZ3</td><td>MediaTek</td></tr><tr><td>BUILT-IN SMART HOME HUB</td><td>✓</td><td>✓</td><td></td></tr><tr><td>OMNISENSE</td><td>✓</td><td>✓</td><td></td></tr><tr><td>DIMENSIONS</td><td>6.1"W x 5.6"D x 5.8"H</td><td>4.27"W x 4.27"D x 3.9"H</td><td>3.9"W x 3.9"D x 3.5"H</td></tr></table><br>Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ. |

**U.S. Patent No. 8,306,815**

1(a) "a processor;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | ## Custom silicon to power faster, more personalized, more proactive interactions<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control; | Amazon Smart Devices include a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control.<br><br>For example, the Amazon Echo Dot Max includes a signal pre-processor unit configured to process a speech input signal.  In particular, for example, the Amazon Echo Dot Max includes an AZ3 processor which processes speech input signals received from the microphone array in the Amazon Echo Dot Max.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Further, upon information and belief, the AZ3 processor in the Amazon Echo Dot Max includes an audio front end (AFE) that processes a speech input signal and generates an enhanced speech signal.  Fig. 1. Acoustic environment for a smart-speaker system. Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| |  Fig. 2. Block diagram of the overall system.<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | <br><br>**Fig. 3**. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **4.1. Spatial Processing with Microphone Arrays**<br><br>The microphone array on a smart-speaker is a key enabler of far-field ASR. Array signal processing in itself is a well established field with a focus towards narrowband signal processing, for which it is relatively easier to design the array configuration. However, designing microphone arrays for speech processing is more challenging because speech is a wideband signal that spans several octaves [4]. For smart-speakers, the microphone arrays are designed through acoustic array principles and the associated algorithms, and they are optimized for the device's form-factor.<br><br>Beamforming with microphone arrays allows us to optimally combine the signals of multiple microphones in order to enhance the speech arriving from the look-direction while suppressing noise arriving from other directions. For AFE, we have investigated both signal-processing and DNN-based beamforming approaches, which are described next.<br><br>*Id.* |

-14-

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | At a system level, the interaction between the MCAEC and ABF algorithms poses some challenges. Firstly, we need to decide whether the MCAEC should precede or follow the ABF. If the MCAEC precedes the ABF, one can achieve better source localization performance and relieve the MCAEC adaptive filters from tracking the beamformer variations. However, a drawback is that one would need an instance of MCAEC for each microphone, which is computationally expensive. Another challenge is the decision logic to control the adaptive filters for the ABF and MCAEC algorithms depending on the signal conditions. This topic is discussed in details in [6]; for the AFE, we have optimized the system architecture by taking into consideration the computational resources, the microphone array, and the performance requirements. <br><br> *Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **4.4. Post-Filtering**<br><br>The output of the 'Spatial Processing & MCAEC' module may contain residual echo and noise. This usually happens because of loudspeaker nonlinearities or because the noise and speech sources are positioned close to each other. In this case, post filtering algorithms may be used to apply time-frequency processing to discriminate between desired speech and interference. In the past, the post-filtering algorithms have been designed by framing the problem as multi-channel Wiener filter [4, 8]; however, in the context of AFE, the post-filter should jointly consider both residual echo and ambient noise as interference. The parameters of the post-filter are optimized over large corpus of noisy speech signal, and a well-designed post-filter that works in tandem with the upstream algorithms can further improve the AFE performance.<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | ## 2. AFE Baseline System<br><br>Figure 1 illustrates a block diagram of the multiple microphone array processing baseline system (also called audio front end AFE) investigated by this paper. It consists of an acoustic echo canceller (AEC), a fixed-beamformer (FBF), a specialized adaptive noise canceller (S-ANC), and a classic beam selector. The AEC is designed to remove the acoustic echoes of the sound played from the device. The FBF is designed to form a set of beams representing different look directions, and S-ANC is designed to remove the ambient noise and the interfering signals coming from directions other than the look direction. The classic beam selector is used to select the proper beam as AFE output. The reason that we named it as "classic" is in order to differentiate it from the newly proposed SIR beam selector. The audio processing block illustrated in Figure 1 is only a portion of the entire AFE, and the overall AFE architecture is described in [12]. Since our primary focus of this paper is to analyze the audio signals on the microphone path and the impact of different beam selection schemes on AFE performance, we will not discuss the case when there is severe acoustic echo here. Our assumption is that the acoustic echoes have been significantly reduced by the acoustic echo canceller (AEC) before FBF.<br><br>SIR Beam Selector for Amazon Echo Devices Audio Front-End, *available at* https://assets.amazon.science/da/c2/71f5f9fa49f585a4616e49d52749/sir-beam-selector-for-amazon-echo-devices-audio-front-end.pdf |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| *Id.* |  |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | *Id.*<br><br>Multiband dynamics processing, which separately modifies volume in different frequency bands of an audio signal, is known to improve listeners' audio experiences. But in the context of voice-controlled systems like the Amazon Echo family of products, it can also improve automatic speech recognition by making echo cancellation easier.<br><br>Signal processor improves Echo's bass response, loudness, and speech recognition accuracy, *available at* https://www.amazon.science/blog/signal-processor-improves-echos-bass-response-loudness-and-speech-recognition-accuracy. |

-19-

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Our filter bank consists of a cascade of filters, all of which or only a few of which may be used at a time. An incoming signal is split in two; half of it passes to two sequential high-pass filters, which filter out frequencies below a cutoff frequency, and the other half passes to two sequential low-pass filters, which filter out frequencies above the same cutoff frequency.<br><br>The signal from the high-pass filter may be split again, and again passed to separate banks of high-pass and low-pass filters. This process may repeat an arbitrary number of times, and at each stage, the output of the low-pass filter passes to an "all-pass" filter, which leaves the signal unchanged but enables the synchronization of all the bands. The high-pass and low-pass frequencies may be set to arbitrary values, so that the filtration frequency bands can be tailored to specific applications.<br><br><br>Our proposed reconfigurable filter bank<br><br>*Id.* |

-20-

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | The signal in each frequency band passes to its own dedicated compressor and then to a limiter. At that point, the frequency-specific signals are recombined and passed to full-band limiter, which ensures that the frequency-specific modifications don't cause the signal as a whole to distort.<br><br>Echo cancellation systems like the one found in Amazon Echo devices subtract a known audio signal — the electrical signal sent to the device's loudspeaker — from the signal received by the device's microphones. The more distortion the audio signal suffers, the less it will resemble the reference signal, and the less successful the subtraction will be.<br><br>Our MBDP system reduces distortion in three ways. First, the greater precision of the filter bank enables better control of the compression ratios in different frequencies. That means that the system can reduce a loudspeaker's total harmonic distortion without compromising the overall loudness and bass response of the audio signal.<br><br>Similarly, the frequency-specific and full-band peak limiters ensure that the loudspeaker stays in its "linear dynamic range," meaning that the sound pressure level doesn't exceed the threshold at which it will begin to cause distortion.<br><br>*Id.*<br><br>Further, for example, the Amazon Echo Dot Max processes the speech input signal and generates an analysis signal, where the analysis signal comprises information related to one or more non-sematic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control.  In particular, for example, the AZ3 processor includes an audio front end (AFE), which, upon information and belief, can generate one or more non-semantic characteristics of the speech input signal.<br><br>*See, e.g.*: |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | The FBF is typically designed by posing the beamformer design as a constrained optimization problem (e.g. superdirective beamformer and its variants [4, 8]). For ABF, the filters $w_m$'s are optimized in real-time depending on the signal conditions. For example, in the well known minimum variance distortionless response (MVDR) beamformer, one needs to continuously update $w_m(n)$'s based on the estimated noise and signal statistics [8]. The constrained optimization formulation of MVDR problem can be converted into an unconstrained one by using the generalized sidelobe canceler (GSC) framework [8]. Variants of the standard GSC algorithm exist like the robust adaptive beamformer [5].<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | For example, in [9] we present a neural network based approach to two-channel beamforming. Single and cross-channel spectral features were extracted to form a feature map for each utterance. A large neural network composed of a convolutional neural network (CNN), a long short-term memory (LSTM) network, and a fully-connected DNN was employed to estimate frame-level speech and noise spectral masks simultaneously. One mask is estimated for the speech and another for the interference. Based on these masks, cross-power spectral density (CPSD) matrices were estimated and the coefficients of the MVDR beamformer were computed. A second smaller DNN was used to tune the phase in the estimated steering vectors towards the target look direction. Our results show that the proposed methods leads to a 21% relative WER reduction over recent state-of-the-art systems in the literature (refer [9, 10] for more details).<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **4.2. Multi-Channel Acoustic Echo Cancellation**<br><br>The smart-speaker system can be used to play audio content over both internal loudspeakers and from external loudspeakers connected to the device over line-out (wired connection) or bluetooth interfaces. The loudspeaker output is captured by the microphones as MAE, which from (1) can be expressed as $x^E = \sum_{l=1}^{L} h_{l,m}(n) * u_l(n)$. The MAE component is the most dominant acoustic interference for smart-speakers, and we can make use of the MCAEC algorithm shown in Figure 4 to mitigate the MAE component [11]. Here, the playback signals $u_l$'s are used to estimate the acoustic echo paths $h_l$'s, and hence the MAE estimate, which is subtracted from the microphone signal to obtain the MCAEC output. This output signal is also used to update the filters $\hat{h}_l$'s with a time-varying step-size that is provided by a step-size controller.<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | It is well known that adaptive noise canceller (ANC) has two types of inputs – primary and reference. As shown in Figure 4, the primary input receives a signal $s$ from the signal source that is corrupted by the presence of noise $n$ uncorrelated with the signal, where $y = s + n$. The reference input receives a noise $n_0$ uncorrelated with the signal but correlated in some way with the noise $n$. The noise $n_0$ passes through a filter to produce an output $\hat{n}$ that is a close estimate of primary input noise. This noise estimate is subtracted from the corrupted signal to produce an estimate of the signal at $\hat{s}$, the ANC system output. The concept of ANC can also be found in [13]. Figure 4 illustrates the block diagram of traditional ANC.<br><br>SIR Beam Selector for Amazon Echo Devices Audio Front-End, *available at* https://assets.amazon.science/da/c2/71f5f9fa49f585a4616e49d52749/sir-beam-selector-for-amazon-echo-devices-audio-front-end.pdf |

**U.S. Patent No. 8,306,815**

1(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal and an analysis signal, where the analysis signal comprises information related to one or more non-semantic characteristics of the speech input signal, the signal pre-processor unit outputting the analysis signal for speech dialog control;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| *Id.* |  Figure 3: *Improved Baseline System with SIR Beam Selector* <br><br> Figure 4: *Adaptive Noise Canceller (ANC)* |

-27-

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal; | Amazon Smart Devices include a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal.<br><br>For example, the AZ3 processor in the Amazon Echo Dot Max can detect wake words (*e.g.* Alexa) as well as enable better conversation detection.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-28-

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| |  Fig. 1. Acoustic environment for a smart-speaker system. <br><br> Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| *Id.* | <br><br>**Fig. 2.** Block diagram of the overall system. |

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'. |
| | *Id.* |

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | Re-creating Alexa's speech-processing stack on-device was a massive undertaking. New methods for training small-footprint ASR models were part of the solution, but so were innovations in system design and hardware-software codesign. It was a joint effort across science and engineering teams over a span of years. Here's a quick overview of how it works. <br><br> **System architecture** <br><br> Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one. <br><br> On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. <br><br> Alexa has also had its automatic-speech-recognition (ASR) system overhauled — including machine learning models, algorithms, and hardware — and it's moving to a new large text-to-speech (LTTS) model that's based on the LLM architecture and is trained on thousands of hours of multispeaker, multilingual, multiaccent, and multi-speaking-style audio data. <br><br> Finally, Prasad unveiled Alexa's new *speech-to-speech* model, an LLM-based model that produces output speech directly from input speech. With the speech-to-speech model, Alexa will exhibit humanlike conversational attributes, such as laughter, and it will be able to adapt its prosody not only to the content of its own utterances but to the speaker's prosody as well — for instance, responding with excitement to the speaker's excitement. <br><br> Alexa unveils new speech recognition, text-to-speech technologies, *available at* https://www.amazon.science/blog/alexa-unveils-new-speech-recognition-text-to-speech-technologies. |

**U.S. Patent No. 8,306,815**

1(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **The speech-to-speech model**<br><br>The Alexa speech-to-speech model will leverage a proprietary pretrained LLM to enable end-to-end speech processing: the input is an encoding of the customer's speech signal, and the output is an encoding of Alexa's speech signal in response.<br><br>That encoding is one of the keys to the approach. It's a learned encoding, and it represents both semantic and acoustic features. The speech-to-speech model uses the same encoding for both input and output; the output is then decoded to produce an acoustic signal in one of Alexa's voices. The shared "vocabulary" of input and output is what makes it possible to build the model atop a pretrained LLM.<br><br>*Id.*<br><br>## What Is Automatic Speech Recognition?<br><br>Automatic speech recognition (ASR) is technology that converts spoken words into text. In short, it's the first step in enabling voice technologies like Amazon Alexa to respond when we ask, "Alexa, what's it like outside?"<br><br>With ASR, voice technology can detect spoken sounds and recognize them as words. ASR is the cornerstone of the entire voice experience, allowing computers to finally understand us through our most natural form of communication: speech.<br><br>What Is Automatic Speech Recognition, *available at* https://developer.amazon.com/en-US/alexa/alexa-skills-kit/asr. |

**U.S. Patent No. 8,306,815**

1(d) "a speech output unit configured to output a synthesized speech output in response to the recognition result; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| a speech output unit configured to output a synthesized speech output in response to the recognition result; and | Amazon Smart Devices include a speech output unit configured to output a synthesized speech output in response to the recognition result.<br><br>For example, the AZ3 processor in the Amazon Echo Dot Max can output a synthesized speech output in response to the recognition result.  In particular, for example, the Amazon Echo Dot Max can allow users to have a conversation with Alexa.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

**U.S. Patent No. 8,306,815**

1(d) "a speech output unit configured to output a synthesized speech output in response to the recognition result; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | **Large text-to-speech**<br><br>Unlike earlier TTS models, LTTS is an end-to-end model. It consists of a traditional text-to-text LLM and a speech synthesis model that are fine-tuned in tandem, so the output of the LLM is tailored to the needs of the speech synthesizer. The fine-tuning dataset consists of thousands of hours of speech, versus the 100 or so hours used to train earlier models.<br><br>The fine-tuned LTTS model learns to implicitly model the prosody, tonality, intonation, paralinguistics, and other aspects of speech, and its output is used to generate speech.<br><br>The result is speech that combines the complete range of emotional elements present in human communication — such as curiosity when asking questions and comic joke deliveries — with natural disfluencies and paralinguistic sounds (such as ums, ahs, or muttering) to create natural, expressive, and human-like speech output.<br><br>*See* Alexa unveils new speech recognition text-to-speech technologies, *available at* https://www.amazon.science/blog/alexa-unveils-new-speech-recognition-text-to-speech-technologies |

**U.S. Patent No. 8,306,815**

1(d) "a speech output unit configured to output a synthesized speech output in response to the recognition result; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | ### 3. OVERALL SYSTEM-LEVEL MODEL AND KEY METRICS<br><br>A smart-speaker's response time to the wake-word is a very important metric as it strongly ties to the user experience. In addition, users also want the device to respond to their queries with a high accuracy. In order to meet latency, bandwidth, and performance constraints, we adopt the system model depicted in Figure 2. The system processing is divided into two parts: (a) on-device processing, which comprises of the AFE algorithms and the WW (wake-word) engine, and (b) processing on Amazon's cloud infrastructure, which hosts the ASR, natural language understanding (NLU), and the text-to-speech (TTS) engines, along with other Alexa services. As noted, the microphone data is first processed by the AFE algorithms, and its output is sent to the WW engine. If Alexa keyword is detected, the WW engine streams the user utterance to the cloud where the ASR and NLU engines work in tandem to decode the spoken utterance. Thereafter, Alexa's response (to the decoded utterance) is played through the device's loudspeaker for the user. In the following sections, we will mainly focus on the AFE algorithms.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,306,815**

1(d) "a speech output unit configured to output a synthesized speech output in response to the recognition result; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | **Fig. 2.** Block diagram of the overall system. <br><br> *Id.* <br><br> **4.1. Performance Metrics** <br><br> The entire system processing can be divided into three parts: <br><br> i) Audio front-end processing, referred as AFE in this paper. <br> ii) Wake-word engine, referred as WW in this paper. <br> iii) Post processing infrastructure, which hosts the ASR, NLU and TTS engines, along with other Alexa services. <br><br> SIR Beam Selector for Amazon Echo Devices Audio Front End, *available at* https://assets.amazon.science/da/c2/71f5f9fa49f585a4616e49d52749/sir-beam-selector-for-amazon-echo-devices-audio-front-end.pdf |

**U.S. Patent No. 8,306,815**

1(e) "a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result. | Amazon Smart Devices include a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result.<br><br>For example, the AZ3 processor in the Amazon Echo Dot Max includes an audio front end (AFE) which is configured to receive the analysis signal and the recognition result. Upon information and belief, the AFE is configured to control the speech output based on the received analysis signal, and the AFE is configured to control the signal pre-processor unit based upon the recognition result.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

**U.S. Patent No. 8,306,815**

1(e) "a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| |  Fig. 2. Block diagram of the overall system. Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,306,815**

1(e) "a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | Spatial processing algorithms such as beamformers need an estimate of the user's bearings (i.e., *look-direction*) w.r.t. the device . For this, we use source localization algorithms to determine the likely direction of an active user. We also make use of a sophisticated system-state control (SSC) module, which takes into account the various system states (e.g. talker/playback is active, Alexa is responding, noise conditions, etc.), which are then used to control the various audio algorithms. Lastly, the AFE also receives audio content such as music and speech (e.g.  Alexa response) from the cloud, which is processed by playback enhancement algorithms (for optimal sound experience) before being sent to the device's loudspeakers.  In the following, we present the major AFE algorithms in more details.<br><br>*Id.* |

**U.S. Patent No. 8,306,815**

1(e) "a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture. *Id.* at p. 1543. |

-41-

**U.S. Patent No. 8,306,815**

1(e) "a speech dialog control unit configured to receive the analysis signal and the recognition result, the speech dialog control unit configured to control the speech output unit based upon the received analysis signal, and the speech dialog control unit also configured to control the signal pre-processor unit based upon the on the recognition result."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| *Id.* at 1543-44. | **4.2. Multi-Channel Acoustic Echo Cancellation**<br><br>The smart-speaker system can be used to play audio content over both internal loudspeakers and from external loudspeakers connected to the device over line-out (wired connection) or bluetooth interfaces. The loudspeaker output is captured by the microphones as MAE, which from (1) can be expressed as $x^E = \sum_{l=1}^{L} h_{l,m}(n) * u_l(n)$. The MAE component is the most dominant acoustic interference for smart-speakers, and we can make use of the MCAEC algorithm shown in Figure 4 to mitigate the MAE component [11]. Here, the playback signals $u_l$'s are used to estimate the acoustic echo paths $h_l$'s, and hence the MAE estimate, which is subtracted from the microphone signal to obtain the MCAEC output. This output signal is also used to update the filters $\hat{h}_l$'s with a time-varying step-size that is provided by a step-size controller. |

**U.S. Patent No. 8,306,815**

20 "A speech dialog system, comprising:"

| Claim 20 | Amazon Smart Devices |
|---|---|
| A speech dialog system, comprising: | Amazon Smart Devices with Amazon Alexa include a speech dialog system.<br><br>*See* Claim 1 (preamble). |

**U.S. Patent No. 8,306,815**

20(a) "a processor;"

| Claim 20 (a) | Amazon Smart Devices |
|---|---|
| a processor; | Amazon Smart Devices include a processor.<br><br>*See* Claim 1(a). |

**U.S. Patent No. 8,306,815**
20(b) "a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal;"

| Claim 20(b) | Amazon Smart Devices |
|---|---|
| a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal; | Amazon Smart Devices include a signal pre-processor unit configured to process a speech input signal and generate an enhanced speech signal.<br><br>*See* Claim 1(b). |

-45-

**U.S. Patent No. 8,306,815**

20(c) "a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 20(c) | Amazon Smart Devices |
|---|---|
| a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal; and | Amazon Smart Devices include a speech recognition unit configured to receive the enhanced speech signal and generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal.<br><br>*See* Claim 1(c). |

-46-

**U.S. Patent No. 8,306,815**

20(d) "a speech dialog control unit configured to receive the recognition result, the speech dialog control unit configured to control the signal pre-processor unit based upon the recognition result."

| Claim 20(d) | Amazon Smart Devices |
|---|---|
| a speech dialog control unit configured to receive the recognition result, the speech dialog control unit configured to control the signal pre-processor unit based upon the recognition result. | Amazon Smart Devices include a speech dialog control unit configured to receive the recognition result, the speech dialog control unit configured to control the signal pre-processor unit based upon the recognition result. *See* Claim 1(e). |

**U.S. Patent No. 8,306,815**
22 "A method, comprising the steps of:"

| Claim 22 | Amazon Smart Devices |
|---|---|
| A method, comprising the steps of: | Amazon Smart Devices are configured to perform a method.<br><br>*See* Claim 1(preamble). |

-48-

**U.S. Patent No. 8,306,815**
22(a) "performing, via a processor, operations of:"

| Claim 22(a) | Amazon Smart Devices |
|---|---|
| performing, via a processor, operations of: | Amazon Smart Devices are configured to perform operations via a processor. <br><br> *See* Claim 1(a). |

**U.S. Patent No. 8,306,815**
22(b) "processing a speech input signal to generate an enhanced speech signal;"

| Claim 22(b) | Amazon Smart Devices |
|---|---|
| processing a speech input signal to generate an enhanced speech signal; | Amazon Smart Devices are configured to process a speech input signal to generate an enhanced speech signal. <br><br> *See* Claim 1(b). |

**U.S. Patent No. 8,306,815**

22(c) "analyzing the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal;"

| Claim 22(c) | Amazon Smart Devices |
|---|---|
| analyzing the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal; | Amazon Smart Devices are configured to analyze the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal.<br><br>*See* Claim 1(b). |

-51-

**U.S. Patent No. 8,306,815**

22(d) "generating a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 22(d) | Amazon Smart Devices |
|---|---|
| generating a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal; | Amazon Smart Devices are configured to generate a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal. *See* Claim 1(c). |

**U.S. Patent No. 8,306,815**

22(e) "output, via a speech output unit, a synthesized speech output in response to the recognition result;"

| Claim 22(e) | Amazon Smart Devices |
|---|---|
| output, via a speech output unit, a synthesized speech output in response to the recognition result; | Amazon Smart Devices are configured to output, via a speech output unit, a synthesized speech output in response to the recognition result.<br><br>*See* Claim 1(d). |

**U.S. Patent No. 8,306,815**

22(f) "controlling the speech output unit based on the information of the analysis signal; and"

| Claim 22(f) | Amazon Smart Devices |
|---|---|
| controlling the speech output unit based on the information of the analysis signal; and | Amazon Smart Devices are configured to control the speech output unit based on the information of the analysis signal.<br><br>*See* Claim 1(e). |

**U.S. Patent No. 8,306,815**
22(g) "adjusting one or more parameters used to process the speech input signal based on the recognition result."

| Claim 22(g) | Amazon Smart Devices |
|---|---|
| adjusting one or more parameters used to process the speech input signal based on the recognition result. | Amazon Smart Devices are configured to adjust one or more parameters used to process the speech input signal based on the recognition result.<br><br>*See* Claim 1(e). |

**U.S. Patent No. 8,306,815**

23 "A computer program product comprising a non-transitory computer readable medium having computer executable instructions executable by a computer for controls based on a speech dialog, the computer program product comprising:"

| Claim 23 | Amazon Smart Devices |
|---|---|
| A computer program product comprising a non-transitory computer readable medium having computer executable instructions executable by a computer for controls based on a speech dialog, the computer program product comprising: | Amazon Smart Devices include a computer program product comprising a non-transitory computer readable medium having computer executable instructions executable by a computer for controls based on a speech dialog.<br><br>*See* Claim 1(preamble), 1(a). |

-56-

**U.S. Patent No. 8,306,815**

23(a) "computer code for processing a speech input signal to generate an enhanced speech signal;"

| Claim 23(a) | Amazon Smart Devices |
|---|---|
| computer code for processing a speech input signal to generate an enhanced speech signal; | Amazon Smart Devices include computer code for processing a speech input signal to generate an enhanced speech signal.<br><br>*See* Claim 1(b). |

**U.S. Patent No. 8,306,815**

23(b) "computer code for analyzing the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal;"

| Claim 23(b) | Amazon Smart Devices |
|---|---|
| computer code for analyzing the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal; | Amazon Smart Devices include computer code for analyzing the speech input signal or the enhanced speech signal to generate an analysis signal that comprises information related to one or more non-semantic characteristics of the speech input signal. <br><br> *See* Claim 1(b). |

**U.S. Patent No. 8,306,815**

23(c) "computer code for generating a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal;"

| Claim 23(c) | Amazon Smart Devices |
|---|---|
| computer code for generating a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal; | Amazon Smart Devices include computer code for generating a recognition result containing one or more words spoken in the speech input signal based on the enhanced speech signal.<br><br>*See* Claim 1(c). |

**U.S. Patent No. 8,306,815**

23(d) "computer code for outputting, via a speech output unit, a synthesized speech output in response to the recognition result;"

| Claim 23(d) | Amazon Smart Devices |
|---|---|
| computer code for outputting, via a speech output unit, a synthesized speech output in response to the recognition result; | Amazon Smart Devices include computer code for outputting, via a speech output unit, a synthesized speech output in response to the recognition result. <br><br> *See* Claim 1(d). |

**U.S. Patent No. 8,306,815**

23(e) "computer code for controlling the speech output unit based on the information of the analysis signal; and"

| Claim 23(e) | Amazon Smart Devices |
|---|---|
| computer code for controlling the speech output unit based on the information of the analysis signal; and | Amazon Smart Devices include computer code for controlling the speech output unit based on the information of the analysis signal.<br><br>*See* Claim 1(e). |

-61-

**U.S. Patent No. 8,306,815**

23(f) "computer code for adjusting one or more parameters used to process the speech input signal based on the recognition result."

| Claim 23(f) | Amazon Smart Devices |
|---|---|
| computer code for adjusting one or more parameters used to process the speech input signal based on the recognition result. | Amazon Smart Devices include computer code for adjusting one or more parameters used to process the speech input signal based on the recognition result.<br><br>*See* Claim 1(e). |