# EXHIBIT 6

# U.S. Patent No. 8,320,575

## Efficient audio signal processing in the sub-band regime

**Infringement Claim Chart**

**Amazon Smart Devices**

**U.S. Patent No. 8,320,575**

1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A method for audio signal processing, comprising: | Amazon Smart Devices with Amazon's Alexa (including Alexa+) are configured to perform a method for audio signal processing.<br><br>For example, Amazon Smart Devices will process audio signals when users interact with Alexa. |

-2-

**U.S. Patent No. 8,320,575**

1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|----------------------|
|         | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way. |
|         | **The wake word** |
|         | Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests. |
|         | When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request. |
|         | **Keyword spotting** |
|         | Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request. |
|         | **Cloud verification and encryption** |
|         | When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process. |
|         | **Automatic Speech Recognition (ASR)** |
|         | After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"* |
|         | Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011 |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | The launch of Amazon Echo propelled the use of far-field ASR in the consumer electronics space, as it enabled an un-tethered and natural voice interaction by allowing users to interact with the device from several meters away. The first version of Echo device allowed users to ask questions related to weather, traffic, news, and to stream audio content from the device. Since its launch, the Echo family of devices and their functionalities have grown considerably; users can now request the device to stream videos, make voice calls, pair Echo devices to their existing home audio systems, and so on.<br><br>A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1541, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf.<br><br>Further, for example the Amazon Smart Devices include an audio front end (AFE) for processing audio signals received from the microphone(s) on the Amazon Smart Devices. |

**U.S. Patent No. 8,320,575**

1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |  Fig. 2. Block diagram of the overall system. |
| | *Id.* at 1542. |
| | A smart-speaker's response time to the wake-word is a very important metric as it strongly ties to the user experience. In addition, users also want the device to respond to their queries with a high accuracy. In order to meet latency, bandwidth, and performance constraints, we adopt the system model depicted in Figure 2. The system processing is divided into two parts: (a) on-device processing, which comprises of the AFE algorithms and the WW (wake-word) engine, and (b) processing on Amazon's cloud infrastructure, which hosts the ASR, natural language understanding (NLU), and the text-to-speech (TTS) engines, along with other Alexa services. As noted, the microphone data is first processed by the AFE algorithms, and its output is sent to the WW engine. If Alexa keyword is detected, the WW engine streams the user utterance to the cloud where the ASR and NLU engines work in tandem to decode the spoken utterance. Thereafter, Alexa's response (to the decoded utterance) is played through the device's loudspeaker for the user. In the following sections, we will mainly focus on the AFE algorithms. |
| | *Id.* |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 8,320,575**

1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543.<br><br>Smart speakers, such as the Amazon Echo family of products, are growing in popularity among consumer and business audiences. In order to improve the automatic speech recognition (ASR) and full-duplex voice communication (FDVC) performance of these smart speakers, acoustical echo cancellation (AEC) and noise reduction systems are required. These systems reduce the noises and echoes that can impact operation, such as an Echo device accurately hearing the wake word "Alexa." |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
|  | Amazon Scientist Outlines Multilayer System for Smart Speaker Echo Cancellation and Voice Enhancement, *available at* https://www.amazon.science/blog/amazon-scientist-outlines-multilayer-system-for-smart-speaker-echo-cancellation-and-voice-enhancement |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|----------------------|
| | As a result, techniques that can efficiently suppress these various types of complex echoes and noises are highly desirable. To achieve this goal, my paper, Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, which I presented at the recent IEEE ICASSP Conference, proposes a multilayer processing system that can significantly improve smart speaker ASR and FDVC performance.<br><br>The multilayer processing system comprises joint perceptual sub-band residual echo suppression (SBRES), sub-band noise reduction (SBNR) and adaptation-based nonlinear echo cancellation (NLEC) layers. The proposed multilayer system is shown below with a single-channel, but without losing generality. For context, Amazon Echo devices are multichannel, meaning they employ more than one microphone.<br><br><br><br>*The Proposed Multilayer Process*<br>YANG, JUN |
| *Id.* | |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**

1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | Further, for example, Amazon Smart Devices such as the Amazon Echo Dot Max, Amazon Echo Show 15, Amazon Echo Auto, Amazon Fire Max 11, Amazon Fire TV, and Amazon Fire TV Cube, include microphone(s) and processors for processing the audio signals from the microphones to interact with Alexa.<br><br>In particular, for example, the Amazon Echo Dot Max includes a four microphone array and an Amazon AZ3 processor.<br><br>**Compare Echo devices**<br><br>*table below*<br><br>Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SZKGT4. |

**Compare Echo devices**

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 (773) | 4.4 (3,034) | 4.7 (191,305) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

**U.S. Patent No. 8,320,575**
1 " A method for audio signal processing, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus.<br><br>Other Amazon Smart Devices also include microphone(s) and a processor to process audio signals.<br><br>*See also, e.g.*:<br>• Amazon Fire TV Cube Webpage, *available at* https://www.amazon.com/dp/B09BZZ3MM7<br>• Amazon Fire TV Webpage, *available at* https://www.amazon.com/Amazon-Ambient-Experience-dimming-hands-free/dp/B0CJDJWMDV/?th=1<br>• Amazon Fire Tablet Webpage, *available at* https://www.amazon.com/dp/B0B1VQ1ZQY?<br>• Amazon Echo Auto Webpage, *available at* https://www.amazon.com/dp/B09X27YPS1?th=1<br>• Amazon Echo Show 15 Webpage, *available at* https://www.amazon.com/dp/B0C5DPSW5Y? |

**U.S. Patent No. 8,320,575**

1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| dividing an audio signal into audio sub-band signals; | Amazon Smart Devices are configured to divide an audio signal into audio sub-band signals.<br><br>For example, the audio front end (AFE) in the Amazon Smart Devices divide a microphone signal into sub-bands.<br><br><br><br>Fig. 2. Block diagram of the overall system.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf |

**U.S. Patent No. 8,320,575**
1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
| --- | --- |
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* at 1542. |

**U.S. Patent No. 8,320,575**

1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

-15-

**U.S. Patent No. 8,320,575**

1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**

1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.

$$x(m,n) = x(m-1, L+n) \qquad 0 \le n < L \qquad (1)$$

where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \le n < 2L$ are the current audio samples of "AEC Out".

In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.

$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \le n \le N-1 \qquad (2)$$

where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by

$$X(k) = \frac{2}{N} \sum_{n=0}^{N-1} x(m,n)w(n)e^{-j2\pi nk/N} \qquad 0 \le k < N \qquad (3)$$

The "Power Spectra Density" (PSD) is $|X(k)|^2$ for $0 \le k \le L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.

The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.

The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands.

*Id.* |

-17-

**U.S. Patent No. 8,320,575**

1(a) "dividing an audio signal into audio sub-band signals;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | Our system learns the frequency characteristics of different types of sounds, but it also analyzes sounds' arrival times at multiple microphones within an Echo device. That lets it distinguish moving sound sources, as people tend to be, from stationary ones, as media devices tend to be. In tests, we found that adding location information improves the accuracy of media audio recognition by 8% to 37%, depending on the type of audio. Photo credit: Tatiana Popov / Shutterstock  Our system has two inputs. One is the log filter-bank energies (LFBEs) of the sounds in the environment. A log filter-bank splits the sound spectrum into different frequency bands, but the bands aren't of equal size: they get bigger as the frequencies increase. (The band sizes are defined by a logarithmic function.) This is an attempt to coarsely capture the human psychophysics of sound perception. The LFBE is simply the strength of the signal in each of these unevenly sized frequency bands. We used 64 frequency bands between 100 Hz and 7.2 kHz.  How Alexa is Learning to Ignore TV, Radio, and Other Media Players, *available at* https://www.amazon.science/blog/how-alexa-is-learning-to-ignore-tv-radio-and-other-media-players. |

-18-

**U.S. Patent No. 8,320,575**
1(b) "excising a subset of the audio sub-band signals;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| excising a subset of the audio sub-band signals; | Amazon Smart Devices are configured to excise a subset of the audio sub-band signals. |

#### 4.  AUDIO FRONT-END

Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable.  The microphone signals are first processed by an analysis filterbank to generate the subband samples.  Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.

Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf.

**U.S. Patent No. 8,320,575**
1(b) "excising a subset of the audio sub-band signals;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | <br>Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543 |

**U.S. Patent No. 8,320,575**

1(b) "excising a subset of the audio sub-band signals;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| |  Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

U.S. Patent No. 8,320,575
1(b) "excising a subset of the audio sub-band signals;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
|  | In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.<br><br>$$x(m,n) = x(m-1, L+n) \qquad 0 \leq n < L \qquad (1)$$<br><br>where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \leq n < 2L$ are the current audio samples of "AEC Out".<br><br>In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.<br><br>$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \leq n \leq N-1 \qquad (2)$$<br><br>where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by<br><br>$$X(k) = \frac{2}{N}\sum_{n=0}^{N-1} x(m,n)w(n)e^{-j2\pi nk/N} \qquad 0 \leq k < N \qquad (3)$$<br><br>The "Power Spectra Density" (PSD) is $|X(k)|^2$ for $0 \leq k \leq L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.<br><br>The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.<br><br>The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands.<br><br>Id. |

**U.S. Patent No. 8,320,575**

1(b) "excising a subset of the audio sub-band signals;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Our system learns the frequency characteristics of different types of sounds, but it also analyzes sounds' arrival times at multiple microphones within an Echo device. That lets it distinguish moving sound sources, as people tend to be, from stationary ones, as media devices tend to be. In tests, we found that adding location information improves the accuracy of media audio recognition by 8% to 37%, depending on the type of audio.<br><br>Photo credit: Tatiana Popov / Shutterstock<br><br>Our system has two inputs. One is the log filter-bank energies (LFBEs) of the sounds in the environment. A log filter-bank splits the sound spectrum into different frequency bands, but the bands aren't of equal size: they get bigger as the frequencies increase. (The band sizes are defined by a logarithmic function.) This is an attempt to coarsely capture the human psychophysics of sound perception. The LFBE is simply the strength of the signal in each of these unevenly sized frequency bands. We used 64 frequency bands between 100 Hz and 7.2 kHz.<br><br>How Alexa is Learning to Ignore TV, Radio, and Other Media Players, *available at* https://www.amazon.science/blog/how-alexa-is-learning-to-ignore-tv-radio-and-other-media-players. |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals; | Amazon Smart Devices process a remaining subset of audio sub-band signals to obtain enhanced audio sub-band signals.<br><br>For example, the audio front end (AFE) in the Amazon Smart devices attenuates noise and echo components in the audio sub-band signals to obtain enhanced audio subband signals.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture. *Id.* at p. 1543. Smart speakers, such as the Amazon Echo family of products, are growing in popularity among consumer and business audiences. In order to improve the automatic speech recognition (ASR) and full-duplex voice communication (FDVC) performance of these smart speakers, acoustical echo cancellation (AEC) and noise reduction systems are required. These systems reduce the noises and echoes that can impact operation, such as an Echo device accurately hearing the wake word "Alexa." |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | Amazon Scientist Outlines Multilayer System for Smart Speaker Echo Cancellation and Voice Enhancement, *available at* https://www.amazon.science/blog/amazon-scientist-outlines-multilayer-system-for-smart-speaker-echo-cancellation-and-voice-enhancement. |

**U.S. Patent No. 8,320,575**
1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
|  | As a result, techniques that can efficiently suppress these various types of complex echoes and noises are highly desirable. To achieve this goal, my paper, Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, which I presented at the recent IEEE ICASSP Conference, proposes a multilayer processing system that can significantly improve smart speaker ASR and FDVC performance.<br><br>The multilayer processing system comprises joint perceptual sub-band residual echo suppression (SBRES), sub-band noise reduction (SBNR) and adaptation-based nonlinear echo cancellation (NLEC) layers. The proposed multilayer system is shown below with a single-channel, but without losing generality. For context, Amazon Echo devices are multichannel, meaning they employ more than one microphone.<br><br><br>The Proposed Multilayer Process<br>YANG, JUN<br><br>*Id.* |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | <br><br>Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.<br><br>$$x(m,n) = x(m-1, L+n) \qquad 0 \le n < L \qquad (1)$$<br><br>where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \le n < 2L$ are the current audio samples of "AEC Out".<br><br>In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.<br><br>$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \le n \le N-1 \qquad (2)$$<br><br>where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by<br><br>$$X(k) = \frac{2}{N} \sum_{n=0}^{N-1} x(m,n) w(n) e^{-j2\pi nk/N} \qquad 0 \le k < N \qquad (3)$$<br><br>The "Power Spectra Density" (PSD) is $|X(k)|^2$ for $0 \le k \le L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.<br><br>The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.<br><br>The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands.<br><br>*Id.*<br>Further, the audio front end (AFE) in the Amazon Smart Devices with more than one microphone include a beam former to further reduce noise and echo components in the microphone subband signals. |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **Abstract**<br><br>The Audio Front-End (AFE) is a key component in mitigating acoustic environmental challenges for far-field automatic speech recognition (ASR) on Amazon Echo family of products.<br><br>A critical component of the AFE is the Beam Selector, which identifies which beam points to the target user. In this paper, we proposed a new SIR beam selector that utilizes subband-based signal-to-interference ratios to learn the locations of the audio sources and therefore further improve the beam selection accuracy for multi-microphone based AFE system. We analyzed the performance of a Signal to Interference Ratio (SIR) beam selector with a comparison to classic beam selector using the datasets collected under various conditions. This method is evaluated and shown to simultaneously decrease word-error-rate (WER) for speech recognition by up to 46.20% and improve barge-in performance via FRR by up to 39.18%.<br><br>SIR Beam Selector for Amazon Echo Device Audio Front-End, *available at* https://assets.amazon.science/da/c2/71f5f9fa49f585a4616e49d52749/sir-beam-selector-for-amazon-echo-devices-audio-front-end.pdf. |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | ## 2. AFE Baseline System<br><br>Figure 1 illustrates a block diagram of the multiple microphone array processing baseline system (also called audio front end AFE) investigated by this paper. It consists of an acoustic echo canceller (AEC), a fixed-beamformer (FBF), a specialized adaptive noise canceller (S-ANC), and a classic beam selector. The AEC is designed to remove the acoustic echoes of the sound played from the device. The FBF is designed to form a set of beams representing different look directions, and S-ANC is designed to remove the ambient noise and the interfering signals coming from directions other than the look direction. The classic beam selector is used to select the proper beam as AFE output. The reason that we named it as "classic" is in order to differentiate it from the newly proposed SIR beam selector. The audio processing block illustrated in Figure 1 is only a portion of the entire AFE, and the overall AFE architecture is described in [12]. Since our primary focus of this paper is to analyze the audio signals on the microphone path and the impact of different beam selection schemes on AFE performance, we will not discuss the case when there is severe acoustic echo here. Our assumption is that the acoustic echoes have been significantly reduced by the acoustic echo canceller (AEC) before FBF.<br><br>*Id.* |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| |  Figure 1: *Block Diagram of Baseline System* |
| | *Id.* |
| | Figure 2 illustrates the flowchart of SIR beam selector. Figure 3 illustrates the block diagram of the improved AFE baseline system with a SIR beam selector. As shown in Figure 3, the SIR beam selection also uses the same input signals as used by S-ANC. |
| | *Id.* |
| | It is well known that adaptive noise canceller (ANC) has two types of inputs – primary and reference. As shown in Figure 4, the primary input receives a signal $s$ from the signal source that is corrupted by the presence of noise $n$ uncorrelated with the signal, where $y = s + n$. The reference input receives a noise $n_0$ uncorrelated with the signal but correlated in some way with the noise $n$. The noise $n_0$ passes through a filter to produce an output $\hat{n}$ that is a close estimate of primary input noise. This noise estimate is subtracted from the corrupted signal to produce an estimate of the signal at $\hat{s}$, the ANC system output. The concept of ANC can also be found in [13]. Figure 4 illustrates the block diagram of traditional ANC. |
| | *Id.* |

**U.S. Patent No. 8,320,575**

1(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | <br><br>Figure 3: *Improved Baseline System with SIR Beam Selector*<br><br>Figure 4: *Adaptive Noise Canceller (ANC)*<br><br>*Id.* |

-33-

**U.S. Patent No. 8,320,575**

1(d) "reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and | Amazon Smart Devices are configured to reconstruct at least a portion of the subset of the audio sub-band signals that were excised.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

1(d) "reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

**U.S. Patent No. 8,320,575**

1(d) "reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| |

Figure 2 The Proposed Scheme for Joint SBRES and SBNR

Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**

1(d) "reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | A "smoother" technique is applied to the spectral bin gain after combining the obtained spectral band gains of noise with that of echo and converting the final spectral band gain into spectral bin gain. Furthermore, the output complex spectrum is obtained after performing frequency domain filtering by applying the obtained optimal spectral bin gain to the input complex spectrum. An IFFT processing is performed to map the result from frequency domain to time domain. Then, the "Overlap-and-Add" approach is used to reconstruct a frame of samples; therefore, the noise and residual echo can be greatly suppressed and the processed output is also of high voice quality. It can be seen from the above that the proposed SBRES can reduce not only linear echo but also nonlinear echo. Also, the proposed SBNR can reduce not only noise but also stationary echo.<br><br>*Id.* |

**U.S. Patent No. 8,320,575**

1(e) "synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal. | Amazon Smart Devices are configured to synthesize the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

1(e) "synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | <br><br>Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

-39-

**U.S. Patent No. 8,320,575**

1(e) "synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | <br><br>Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**

1(e) "synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | A "smoother" technique is applied to the spectral bin gain after combining the obtained spectral band gains of noise with that of echo and converting the final spectral band gain into spectral bin gain. Furthermore, the output complex spectrum is obtained after performing frequency domain filtering by applying the obtained optimal spectral bin gain to the input complex spectrum. An IFFT processing is performed to map the result from frequency domain to time domain. Then, the "Overlap-and-Add" approach is used to reconstruct a frame of samples; therefore, the noise and residual echo can be greatly suppressed and the processed output is also of high voice quality. It can be seen from the above that the proposed SBRES can reduce not only linear echo but also nonlinear echo. Also, the proposed SBNR can reduce not only noise but also stationary echo.<br><br>*Id.* |

**U.S. Patent No. 8,320,575**
10 "A method for audio signal processing, comprising:"

| Claim 10 | Amazon Smart Devices |
|---|---|
| A method for audio signal processing, comprising: | Amazon Smart Devices are configured to perform a method for audio signal processing.<br><br>*See* Claim 1 (preamble). |

**U.S. Patent No. 8,320,575**
10(a) "dividing an audio signal into audio sub-band signals;"

| Claim 10(a) | Amazon Smart Devices |
|---|---|
| dividing an audio signal into audio sub-band signals; | Amazon Smart Devices are configured to divide an audio signal into audio sub-band signals.<br><br>*See* Claim 1(a). |

-43-

**U.S. Patent No. 8,320,575**
10(b) "excising a subset of the audio sub-band signals;"

| Claim 10(b) | Amazon Smart Devices |
|---|---|
| excising a subset of the audio sub-band signals; | Amazon Smart Devices are configured to excise a subset of the audio sub-band signals. See claim 1(b), *supra*.<br><br>*See* Claim 1(b). |

**U.S. Patent No. 8,320,575**

10(c) "processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals;"

| Claim 10(c) | Amazon Smart Devices |
|---|---|
| processing a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals; | Amazon Smart Devices are configured to process a remaining subset of the audio sub-band signals to obtain enhanced audio sub-band signals.<br><br>*See* Claim 1(c). |

-45-

**U.S. Patent No. 8,320,575**
10(d) "reconstructing at least a portion of the subset of the audio sub-band signals that were excised;"

| Claim 10(d) | Amazon Smart Devices |
|---|---|
| reconstructing at least a portion of the subset of the audio sub-band signals that were excised; and | Amazon Smart Devices are configured to reconstruct at least a portion of the subset of the audio sub-band signals that were excised.<br><br>See Claim 1(d). |

**U.S. Patent No. 8,320,575**

10(e) "synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal:"

| Claim 10(e) | Amazon Smart Devices |
|---|---|
| synthesizing the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal; | Amazon Smart Devices are configured to synthesize the enhanced audio sub-band signals with the reconstructed audio sub-band signals to form an enhanced audio signal.<br><br>See Claim 1(e). |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals; | Amazon Smart Devices are configured such that wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals. <br><br> **4.  AUDIO FRONT-END** <br><br> Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable.  The microphone signals are first processed by an analysis filterbank to generate the subband samples.  Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine. <br><br> Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture. |
| | *Id.* at p. 1543. |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| *Id.* at 1543-544. | **4.2. Multi-Channel Acoustic Echo Cancellation**<br><br>The smart-speaker system can be used to play audio content over both internal loudspeakers and from external loudspeakers connected to the device over line-out (wired connection) or bluetooth interfaces. The loudspeaker output is captured by the microphones as MAE, which from (1) can be expressed as $x^E = \sum_{l=1}^{L} h_{l,m}(n) * u_l(n)$. The MAE component is the most dominant acoustic interference for smart-speakers, and we can make use of the MCAEC algorithm shown in Figure 4 to mitigate the MAE component [11]. Here, the playback signals $u_l$'s are used to estimate the acoustic echo paths $h_l$'s, and hence the MAE estimate, which is subtracted from the microphone signal to obtain the MCAEC output. This output signal is also used to update the filters $\hat{h}_l$'s with a time-varying step-size that is provided by a step-size controller. |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| *Id.* at 1544. | <br><br>**Fig. 4.** Block diagram for the MCAEC algorithm. |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| *Id.* | At a system level, the interaction between the MCAEC and ABF algorithms poses some challenges. Firstly, we need to decide whether the MCAEC should precede or follow the ABF. If the MCAEC precedes the ABF, one can achieve better source localization performance and relieve the MCAEC adaptive filters from tracking the beamformer variations. However, a drawback is that one would need an instance of MCAEC for each microphone, which is computationally expensive. Another challenge is the decision logic to control the adaptive filters for the ABF and MCAEC algorithms depending on the signal conditions. This topic is discussed in details in [6]; for the AFE, we have optimized the system architecture by taking into consideration the computational resources, the microphone array, and the performance requirements. |

**U.S. Patent No. 8,320,575**

10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
| --- | --- |
|  |  Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 8,320,575**
10(f) "wherein here the act of processing comprises: dividing a reference signal into reference sub-band signals"

| Claim 10(f) | Amazon Smart Devices |
|---|---|
| | In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.<br><br>$$x(m,n) = x(m-1, L+n) \qquad 0 \leq n < L \qquad (1)$$<br><br>where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \leq n < 2L$ are the current audio samples of "AEC Out".<br><br>In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.<br><br>$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \leq n \leq N-1 \qquad (2)$$<br><br>where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by<br><br>$$X(k) = \frac{2}{N} \sum_{n=0}^{N-1} x(m,n)w(n)e^{-j2\pi nk/N} \qquad 0 \leq k < N \qquad (3)$$<br><br>The "Power Spectra Density" (PSD) is $\lvert X(k) \rvert^2$ for $0 \leq k \leq L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.<br><br>The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.<br><br>The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands. |
| | *Id.* |

**U.S. Patent No. 8,320,575**

10(g) "excising a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals;"

| Claim 10(g) | Amazon Smart Devices |
|---|---|
| excising a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals; | Amazon Smart Devices are configured to excise a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals, upon information and belief.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

10(g) "excising a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals;"

| Claim 10(g) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture. <br><br> *Id.* at p. 1543. <br><br> The signal in each frequency band passes to its own dedicated compressor and then to a limiter. At that point, the frequency-specific signals are recombined and passed to full-band limiter, which ensures that the frequency-specific modifications don't cause the signal as a whole to distort. <br><br> *Id.* |

-56-

**U.S. Patent No. 8,320,575**

10(g) "excising a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals;"

| Claim 10(g) | Amazon Smart Devices |
|---|---|
| |  Figure 2 The Proposed Scheme for Joint SBRES and SBNR |

U.S. Patent No. 8,320,575

10(g) "excising a subset of the reference sub-band signals that is equal in number to the excised subset of the audio sub-band signals;"

| Claim 10(g) | Amazon Smart Devices |
|---|---|
|  | Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf.<br><br>In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.<br><br>$$x(m,n) = x(m-1, L+n) \qquad 0 \le n < L \qquad (1)$$<br><br>where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \le n < 2L$ are the current audio samples of "AEC Out".<br><br>In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.<br><br>$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \le n \le N-1 \qquad (2)$$<br><br>where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by<br><br>$$X(k) = \frac{2}{N} \sum_{n=0}^{N-1} x(m,n)w(n)e^{-j2\pi nk/N} \qquad 0 \le k < N \qquad (3)$$<br><br>The "Power Spectra Density" (PSD) is $|X(k)|^2$ for $0 \le k \le L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.<br><br>The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.<br><br>The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands.<br><br>*Id.* |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and | Amazon Smart Devices are configured to adapt filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
| --- | --- |
| | <br><br>**Fig. 3.** Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| *Id.* at 1543-544. | or bluetooth interfaces. The loudspeaker output is captured by the microphones as MAE, which from (1) can be expressed as $x^E = \sum_{l=1}^{L} h_{l,m}(n) * u_l(n)$. The MAE component is the most dominant acoustic interference for smart-speakers, and we can make use of the MCAEC algorithm shown in Figure 4 to mitigate the MAE component [11]. Here, the playback signals $u_l$'s are used to estimate the acoustic echo paths $h_l$'s, and hence the MAE estimate, which is subtracted from the microphone signal to obtain the MCAEC output. This output signal is also used to update the filters $\hat{h}_l$'s with a time-varying step-size that is provided by a step-size controller. |
| *Id.* at 1544. | Fig. 4. Block diagram for the MCAEC algorithm. |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| | At a system level, the interaction between the MCAEC and ABF algorithms poses some challenges. Firstly, we need to decide whether the MCAEC should precede or follow the ABF. If the MCAEC precedes the ABF, one can achieve better source localization performance and relieve the MCAEC adaptive filters from tracking the beamformer variations. However, a drawback is that one would need an instance of MCAEC for each microphone, which is computationally expensive. Another challenge is the decision logic to control the adaptive filters for the ABF and MCAEC algorithms depending on the signal conditions. This topic is discussed in details in [6]; for the AFE, we have optimized the system architecture by taking into consideration the computational resources, the microphone array, and the performance requirements. |
| | *Id.* |
| | Figure 2 illustrates the flowchart of SIR beam selector. Figure 3 illustrates the block diagram of the improved AFE baseline system with a SIR beam selector. As shown in Figure 3, the SIR beam selection also uses the same input signals as used by S-ANC. |
| | *Id.* |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| *Id.* | It is well known that adaptive noise canceller (ANC) has two types of inputs – primary and reference. As shown in Figure 4, the primary input receives a signal $s$ from the signal source that is corrupted by the presence of noise $n$ uncorrelated with the signal, where $y = s + n$. The reference input receives a noise $n_0$ uncorrelated with the signal but correlated in some way with the noise $n$. The noise $n_0$ passes through a filter to produce an output $\hat{n}$ that is a close estimate of primary input noise. This noise estimate is subtracted from the corrupted signal to produce an estimate of the signal at $\hat{s}$, the ANC system output. The concept of ANC can also be found in [13]. Figure 4 illustrates the block diagram of traditional ANC. |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| |  Figure 3: *Improved Baseline System with SIR Beam Selector* <br><br> Figure 4: *Adaptive Noise Canceller (ANC)* <br><br> *Id.* <br><br> Smart speakers, such as the Amazon Echo family of products, are growing in popularity among consumer and business audiences. In order to improve the automatic speech recognition (ASR) and full-duplex voice communication (FDVC) performance of these smart speakers, acoustical echo cancellation (AEC) and noise reduction systems are required. These systems reduce the noises and echoes that can impact operation, such as an Echo device accurately hearing the wake word "Alexa." |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
|  | Amazon Scientist Outlines Multilayer System for Smart Speaker Echo Cancellation and Voice Enhancement, *available at* https://www.amazon.science/blog/amazon-scientist-outlines-multilayer-system-for-smart-speaker-echo-cancellation-and-voice-enhancement. |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| | As a result, techniques that can efficiently suppress these various types of complex echoes and noises are highly desirable. To achieve this goal, my paper, Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, which I presented at the recent IEEE ICASSP Conference, proposes a multilayer processing system that can significantly improve smart speaker ASR and FDVC performance.<br><br>The multilayer processing system comprises joint perceptual sub-band residual echo suppression (SBRES), sub-band noise reduction (SBNR) and adaptation-based nonlinear echo cancellation (NLEC) layers. The proposed multilayer system is shown below with a single-channel, but without losing generality. For context, Amazon Echo devices are multichannel, meaning they employ more than one microphone.<br><br><br>*The Proposed Multilayer Process*<br>YANG, JUN |

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| | *Id.* <br><br>Figure 2 The Proposed Scheme for Joint SBRES and SBNR |

-67-

**U.S. Patent No. 8,320,575**

10(h) "adapting filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals; and"

| Claim 10 (h) | Amazon Smart Devices |
|---|---|
| | Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. <br><br> ### 3. THE PROPOSED ADAPTATION-BASED NLEC ALGORITHM <br><br> The proposed adaptation-based NLEC layer is shown as in Figure 3, where the "Delay" should be the algorithm latency of the "Joint SBRES and SBNR" block so as to time-align the "AEC In" signal and "Joint SBRES and SBNR Out" signal. The proposed NLEC algorithm takes "AEC In" signal as reference which includes all types of echo nonlinearities. <br><br> <br><br> Figure 3 The Proposed Adaptation-Based NLEC Algorithm <br><br> *Id.* |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| using the adapted filter coefficients to remove echo components from at least a portion of the remaining subset of the audio sub-band signals. | Amazon Smart Devices are configured to adapt filter coefficients of an echo compensation filter based on a remaining subset of the reference sub-band signals and using the adapted filter coefficients to remove echo components from at least a portion of the remaining subset of the audio sub-band signals.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Multichannel Audio Front-End Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| *Id.* at 1543-544. | or bluetooth interfaces. The loudspeaker output is captured by the microphones as MAE, which from (1) can be expressed as $x^E = \sum_{l=1}^{L} h_{l,m}(n) * u_l(n)$. The MAE component is the most dominant acoustic interference for smart-speakers, and we can make use of the MCAEC algorithm shown in Figure 4 to mitigate the MAE component [11]. Here, the playback signals $u_l$'s are used to estimate the acoustic echo paths $h_l$'s, and hence the MAE estimate, which is subtracted from the microphone signal to obtain the MCAEC output. This output signal is also used to update the filters $\hat{h}_l$'s with a time-varying step-size that is provided by a step-size controller. |
| *Id.* at 1544. | **Fig. 4.** Block diagram for the MCAEC algorithm. |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| | At a system level, the interaction between the MCAEC and ABF algorithms poses some challenges. Firstly, we need to decide whether the MCAEC should precede or follow the ABF. If the MCAEC precedes the ABF, one can achieve better source localization performance and relieve the MCAEC adaptive filters from tracking the beamformer variations. However, a drawback is that one would need an instance of MCAEC for each microphone, which is computationally expensive. Another challenge is the decision logic to control the adaptive filters for the ABF and MCAEC algorithms depending on the signal conditions. This topic is discussed in details in [6]; for the AFE, we have optimized the system architecture by taking into consideration the computational resources, the microphone array, and the performance requirements.<br><br>*Id.*<br><br>Figure 2 illustrates the flowchart of SIR beam selector. Figure 3 illustrates the block diagram of the improved AFE baseline system with a SIR beam selector. As shown in Figure 3, the SIR beam selection also uses the same input signals as used by S-ANC.<br><br>*Id.* |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| | It is well known that adaptive noise canceller (ANC) has two types of inputs – primary and reference. As shown in Figure 4, the primary input receives a signal $s$ from the signal source that is corrupted by the presence of noise $n$ uncorrelated with the signal, where $y = s + n$. The reference input receives a noise $n_0$ uncorrelated with the signal but correlated in some way with the noise $n$. The noise $n_0$ passes through a filter to produce an output $\hat{n}$ that is a close estimate of primary input noise. This noise estimate is subtracted from the corrupted signal to produce an estimate of the signal at $\hat{s}$, the ANC system output. The concept of ANC can also be found in [13]. Figure 4 illustrates the block diagram of traditional ANC.<br><br>*Id.* |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| |  Figure 3: *Improved Baseline System with SIR Beam Selector*<br><br>Figure 4: *Adaptive Noise Canceller (ANC)*<br><br>*Id.*<br><br>Smart speakers, such as the Amazon Echo family of products, are growing in popularity among consumer and business audiences. In order to improve the automatic speech recognition (ASR) and full-duplex voice communication (FDVC) performance of these smart speakers, acoustical echo cancellation (AEC) and noise reduction systems are required. These systems reduce the noises and echoes that can impact operation, such as an Echo device accurately hearing the wake word "Alexa." |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| | Amazon Scientist Outlines Multilayer System for Smart Speaker Echo Cancellation and Voice Enhancement, *available at* https://www.amazon.science/blog/amazon-scientist-outlines-multilayer-system-for-smart-speaker-echo-cancellation-and-voice-enhancement. |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
|  | As a result, techniques that can efficiently suppress these various types of complex echoes and noises are highly desirable. To achieve this goal, my paper, Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, which I presented at the recent IEEE ICASSP Conference, proposes a multilayer processing system that can significantly improve smart speaker ASR and FDVC performance.<br><br>The multilayer processing system comprises joint perceptual sub-band residual echo suppression (SBRES), sub-band noise reduction (SBNR) and adaptation-based nonlinear echo cancellation (NLEC) layers. The proposed multilayer system is shown below with a single-channel, but without losing generality. For context, Amazon Echo devices are multichannel, meaning they employ more than one microphone.<br><br>*The Proposed Multilayer Process*<br>YANG, JUN |
| *Id.* | |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| | <br><br>Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

| Claim 10 (i) | Amazon Smart Devices |
|---|---|
| | ### 3. THE PROPOSED ADAPTATION-BASED NLEC ALGORITHM<br><br>The proposed adaptation-based NLEC layer is shown as in Figure 3, where the "Delay" should be the algorithm latency of the "Joint SBRES and SBNR" block so as to time-align the "AEC In" signal and "Joint SBRES and SBNR Out" signal. The proposed NLEC algorithm takes "AEC In" signal as reference which includes all types of echo nonlinearities.<br><br>Figure 3 The Proposed Adaptation-Based NLEC Algorithm |
| *Id.* | |

-78-