# EXHIBIT 10

# U.S. Patent No. 11,929,073

## Hybrid Arbitration System

**Infringement Claim Chart**

**Amazon Smart Devices**

**U.S. Patent No. 11,929,073**
1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A method for selecting a speech recognition result on a computing device, the method comprising: | Amazon Smart Devices with Amazon Alexa (including Alexa+) are configured to perform a method for selecting a speech recognition result on a computing device.<br><br>For example, Amazon Smart Devices, such as the Amazon Echo Dot Max and the Amazon Echo Show 15, are computing devices that include neural processors from Amazon which can perform speech recognition locally as well as on the cloud. In particular, for example, the Amazon Echo Dot Max includes an Amazon AZ3 processor, which performs wake-word detection and enables better conversation detection.<br><br>## Compare Echo devices<br><br>_table below_<br><br>Amazon Echo Dot Max Webpage, _available at_ https://www.amazon.com/dp/B0D6SX8VLQ. |

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (767) | 4.4 ★★★★½ (3,025) | 4.7 ★★★★½ (191,260) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

-2-

**U.S. Patent No. 11,929,073**

1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | ## Custom silicon to power faster, more personalized, more proactive interactions<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-3-

**U.S. Patent No. 11,929,073**
1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | Similarly, for example, the Amazon Echo Show 15 includes an AZ2 processor which allows for processing of speech recognition locally.<br><br><br><br>Echo Show 15 is powered by the next generation Amazon AZ2 Neural Edge processor, which is capable of processing speech recognition locally, on the edge, like AZ1, and also adds the ability to process computer vision (CV) workloads in parallel. This means the CV algorithms that once required the immense computer power of the cloud can now be processed entirely on the edge.<br><br>How You Can Build with Amazon's Newest Devices & Services, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2021/09/build-with-amazons-newest-devices-and-services. |

**U.S. Patent No. 11,929,073**
1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
|  | Further, for example, Amazon Smart Devices with Amazon's Alexa also processes user speech on Amazon's secure cloud, including performing automatic speech recognition (ASR).<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011.<br><br>*See also, e.g.*:<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

**U.S. Patent No. 11,929,073**
1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis. |
| *Id.* | |

**U.S. Patent No. 11,929,073**
1 "A method for selecting a speech recognition result on a computing device, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|----------------------|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(a) "acquiring first speech data for a first utterance;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| acquiring first speech data for a first utterance; | Amazon Smart Devices are configured to acquire first speech data for a first utterance. For example, Amazon Smart Devices include one or more microphones that are used to acquire speech from a user.<br><br><br><br>Fig. 1. Acoustic environment for a smart-speaker system. |

**U.S. Patent No. 11,929,073**

1(a) "acquiring first speech data for a first utterance;"

Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf.



**Fig. 2**. Block diagram of the overall system.

*Id.*

Further, for example, the Amazon Echo Dot Max includes a four microphone array to acquire speech data for a first utterance.

-9-

**U.S. Patent No. 11,929,073**
1(a) "acquiring first speech data for a first utterance;"

## Compare Echo devices

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (767) | 4.4 ★★★★⯪ (3,025) | 4.7 ★★★★⯪ (191,260) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ.


Similarly, the Amazon Echo Show 15 includes two microphones for acquiring first speech data for a first utterance.

**U.S. Patent No. 11,929,073**

1(a) "acquiring first speech data for a first utterance;"



Amazon Echo Show 15 Webpage, *available at* https://www.amazon.com/dp/B0C5DPSW5Y?th=1.

-11-

**U.S. Patent No. 11,929,073**

1(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device; | Amazon Smart Devices are configured to solicit a first speech recognition result from the computing device including sending the first speech data to the computing device.<br><br>For example, Amazon Smart Devices with Amazon's processors can perform speech recognition processing on speech data.<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

**U.S. Patent No. 11,929,073**

1(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| *Id.* | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier. |

-14-

**U.S. Patent No. 11,929,073**

1(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Further, for example, the Amazon Echo Dot Max includes Amazon's AZ3 processor which processes speech data and can generate a speech recognition result.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-15-

**U.S. Patent No. 11,929,073**

1(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Similarly, for example, the Amazon Echo Show 15 includes Amazon's AZ2 processor which processes speech data and can generate a speech recognition result.<br><br><br><br>Echo Show 15 is powered by the next generation Amazon AZ2 Neural Edge processor, which is capable of processing speech recognition locally, on the edge, like AZ1, and also adds the ability to process computer vision (CV) workloads in parallel. This means the CV algorithms that once required the immense computer power of the cloud can now be processed entirely on the edge.<br><br>How You Can Build with Amazon's Newest Devices & Services, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2021/09/build-with-amazons-newest-devices-and-services. |

-16-

**U.S. Patent No. 11,929,073**

1(c) "soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service; | Amazon Smart Devices are configured to solicit a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service.<br><br>For example, the Amazon Smart Devices with Alexa, including the Amazon Echo Dot Max and Amazon Echo Show 15 solicit a second speech recognition result from Amazon's cloud computing service including sending the first speech data to Amazon's cloud computing service.<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

-17-

**U.S. Patent No. 11,929,073**

1(c) "soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(c) "soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier.<br><br>*Id.*<br><br>In the cloud, storage space and computational capacity are effectively unconstrained. To ensure accuracy, our cloud models can be large and computationally demanding. Executing the same functions on-device means compressing our models into less than 1% as much space — with minimal loss in accuracy.<br><br>Moreover, in the cloud, the separate components of Alexa's speech-processing stack — automatic speech recognition (ASR), whisper detection, and speaker identification — run on separate server nodes with their own powerful processors. On-device, those functions have to share hardware not only with each other but with Alexa's other core device functions, such as music playback.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(c) "soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | <br><br>**Fig. 2.** Block diagram of the overall system.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1542, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

-20-

**U.S. Patent No. 11,929,073**
1(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| receiving the first speech recognition result determined by the computing device; | The Amazon Smart Devices are configured to receive the first speech recognition result determined by the computing device.<br><br>For example, Amazon Smart Devices with Alexa, including the Amazon Echo Dot Max and the Amazon Echo Show 15 receive speech recognition results determined by their respective built-in AZ3 and AZ2 processors.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers. |

**U.S. Patent No. 11,929,073**
1(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | Similarly, for example, the Amazon Echo Show 15 includes Amazon's AZ2 processor which processes speech data and can generate a speech recognition result.<br><br><br><br>Echo Show 15 is powered by the next generation Amazon AZ2 Neural Edge processor, which is capable of processing speech recognition locally, on the edge, like AZ1, and also adds the ability to process computer vision (CV) workloads in parallel. This means the CV algorithms that once required the immense computer power of the cloud can now be processed entirely on the edge.<br><br>How You Can Build with Amazon's Newest Devices & Services, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2021/09/build-with-amazons-newest-devices-and-services. |

**U.S. Patent No. 11,929,073**
1(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

-23-

**U.S. Patent No. 11,929,073**

1(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier.<br><br>*Id.* |

-25-

**U.S. Patent No. 11,929,073**

1(e) "receiving a first plurality of features, at least some of the features being determined using the first speech recognition result;"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| receiving a first plurality of features, at least some of the features being determined using the first speech recognition result; | Amazon Smart Devices are configured to receive a first plurality of features, at least some of the features being determined using the first speech recognition result.<br><br>For example, the Amazon Smart Devices, including the Amazon Echo Dot Max and the Amazon Echo Show 15 receive features determined using the first speech recognition result.<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

-26-

**U.S. Patent No. 11,929,073**
1(e) "receiving a first plurality of features, at least some of the features being determined using the first speech recognition result;"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | ## System architecture<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**
1(e) "receiving a first plurality of features, at least some of the features being determined using the first speech recognition result;"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(f) "determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and | Amazon Smart Devices are configured to determine, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features.<br><br>For example, Amazon Smart Devices, including the Amazon Echo Dot Max and the Amazon Echo Show 15, determine prior to receive the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or wait for the second speech recognition result. For example, upon information and belief, this determination is made based on whether the user request can be resolved locally (e.g., to respond to a simple request) or whether the user request requires additional computation resources available on the cloud (e.g., to respond to a more complex request).<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

**U.S. Patent No. 11,929,073**

1(f) "determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**

1(f) "determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy. |
| | The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier. |
| | *Id.* |
| | ## Cloud verification and encryption |
| | When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process. |
| | ## Automatic Speech Recognition (ASR) |
| | After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following: |
| | - *"What's the weather like in Sydney?"* <br> - *"watt is the weather in Sydney."* <br> - *"What is the if in Sydney?"* |
| | Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

**U.S. Patent No. 11,929,073**
1(g) "selecting the first speech recognition result based on the determining."

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| selecting the first speech recognition result based on the determining. | Amazon Smart Devices are configured to select the first speech recognition result based on the determining.<br><br>For example, Amazon Smart Devices, including the Amazon Echo Dot Max and the Amazon Echo Show 15, upon information and belief, can select the speech recognition result from the device (*e.g.*, from the AZ3 or AZ2 processor) based on the determining.<br><br>At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-device speech processing makes Alexa faster, lower-bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth. |

**U.S. Patent No. 11,929,073**
1(g) "selecting the first speech recognition result based on the determining."

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| | **System architecture**<br><br>Our on-device ASR model takes in an acoustic speech signal and outputs a set of hypotheses about what the speaker said, ranked according to probability. We represent those hypotheses as a *lattice* — a graph whose edges represent recognized words and the probability that a given word follows from the previous one.<br><br><br><br>An example of a lattice representing ASR hypotheses.<br><br>With cloud-based ASR, encrypted audio streams to the cloud in small snippets called "frames". With on-device ASR, only the lattice is sent to the cloud, where a large and powerful neural language model reranks the hypotheses. The lattice can't be sent until the customer has finished speaking, as words later in a sequence can dramatically change the overall probability of a hypothesis.<br><br>*Id.* |

**U.S. Patent No. 11,929,073**
1(g) "selecting the first speech recognition result based on the determining."

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| | On the device, we in fact run two end-pointers: One is a speculative end-pointer that we have tuned to be about 200 milliseconds faster than the final end-pointer, so we can initiate downstream processing — such as natural-language understanding (NLU) — ahead of the final end-pointed ASR result. In exchange for speed, however, we trade off a little accuracy.<br><br>The final end-pointer takes longer to make a decision but is more accurate. In cases in which the first end-pointer cuts speech off too early, the final end-pointer sends a revised lattice and the instruction to reset downstream processing. In the large majority of cases, however, the aggressive end-pointer is correct, which reduces user-perceived latency, since downstream tasks are initiated earlier.<br><br>*Id.*<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

-34-

**U.S. Patent No. 11,929,073**

14 "A system for selecting a speech recognition result on a computing device, the system comprising:"

| Claim 14 | Amazon Smart Devices |
|---|---|
| A system for selecting a speech recognition result on a computing device, the system comprising: | Amazon Smart Devices include a system for selecting a speech recognition result on a computing device.<br><br>*See* Claim 1 (preamble). |

**U.S. Patent No. 11,929,073**

14(a) "a first input for acquiring first speech data for a first utterance;"

| Claim 14(a) | Amazon Smart Devices |
|---|---|
| a first input for acquiring first speech data for a first utterance; | Amazon Smart Devices include a first input for acquiring first speech data for a first utterance.<br><br>*See* Claim 1(a). |

**U.S. Patent No. 11,929,073**

14(b) "an output for soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device and soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 14(b) | Amazon Smart Devices |
|---|---|
| an output for soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device and soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service; | Amazon Smart Devices include an output for soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device and soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service.<br><br>*See* Claim 1(b), 1(c). |

**U.S. Patent No. 11,929,073**

14(c) "a second input for receiving the first speech recognition result determined by the computing device and receiving a first plurality of features, at least some of the features being determined using the first speech recognition result;"

| Claim 14(c) | Amazon Smart Devices |
|---|---|
| a second input for receiving the first speech recognition result determined by the computing device and receiving a first plurality of features, at least some of the features being determined using the first speech recognition result; | Amazon Smart Devices include a second input for receiving the first speech recognition result determined by the computing device and receiving a first plurality of features, at least some of the features being determined using the first speech recognition result. *See* Claim 1(d), 1(e). |

**U.S. Patent No. 11,929,073**

14(d) "one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.

| Claim 14(d) | Amazon Smart Devices |
|---|---|
| one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining. | Amazon Smart Devices include one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.<br><br>For example, the Amazon Echo Dot Max includes the AZ3 processor and the Amazon Echo Show 15 includes the AZ2 processor, which upon information and belief determine, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining. |

U.S. Patent No. 11,929,073

14(d) "one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.

| Claim 14(d) | Amazon Smart Devices |
|---|---|

## Compare Echo devices

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (767) | 4.4 ★★★★½ (3,025) | 4.7 ★★★★½ (191,260) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SX8VLQ.

-40-

**U.S. Patent No. 11,929,073**

14(d) "one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.

| Claim 14(d) | Amazon Smart Devices |
|---|---|
| | **Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

**U.S. Patent No. 11,929,073**

14(d) "one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.

| Claim 14(d) | Amazon Smart Devices |
|---|---|
| | Similarly, for example, the Amazon Echo Show 15 includes an AZ2 processor which allows for processing of speech recognition locally.<br><br><br><br>Echo Show 15 is powered by the next generation Amazon AZ2 Neural Edge processor, which is capable of processing speech recognition locally, on the edge, like AZ1, and also adds the ability to process computer vision (CV) workloads in parallel. This means the CV algorithms that once required the immense computer power of the cloud can now be processed entirely on the edge.<br><br>*How You Can Build with Amazon's Newest Devices & Services*, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2021/09/build-with-amazons-newest-devices-and-services. |

-42-

**U.S. Patent No. 11,929,073**

14(d) "one or more processors for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features and selecting the first speech recognition result based on the determining.

*See also* Claim 1(f), 1(g).

**U.S. Patent No. 11,929,073**

15 "Software stored on a non-transitory, computer-readable medium, the software including instructions for causing one or more processors to perform steps to select a speech recognition result on a computing device, the steps including:"

| Claim 15 | Amazon Smart Devices |
|---|---|
| Software stored on a non-transitory, computer-readable medium, the software including instructions for causing one or more processors to perform steps to select a speech recognition result on a computing device, the steps including: | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium, the software including instructions for causing one or more processors to perform steps to select a speech recognition result on a computing device.<br><br>*See* Claim 1 (preamble). |

-44-

**U.S. Patent No. 11,929,073**
15(a) "acquiring first speech data for a first utterance;"

| Claim 15(a) | Amazon Smart Devices |
|---|---|
| acquiring first speech data for a first utterance; | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for acquiring first speech data for a first utterance.<br><br>*See* Claim 1(a). |

-45-

**U.S. Patent No. 11,929,073**

15(b) "soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device;"

| Claim 15(b) | Amazon Smart Devices |
|---|---|
| soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device; | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for soliciting a first speech recognition result from the computing device including sending the first speech data to the computing device.<br><br>*See* Claim 1(b). |

-46-

**U.S. Patent No. 11,929,073**

15(c) "soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service;"

| Claim 15(c) | Amazon Smart Devices |
|---|---|
| soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service; | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for soliciting a second speech recognition result from a cloud computing service including sending the first speech data to the cloud computing service. <br><br> *See* Claim 1(c). |

**U.S. Patent No. 11,929,073**
15(d) "receiving the first speech recognition result determined by the computing device;"

| Claim 15(d) | Amazon Smart Devices |
|---|---|
| receiving the first speech recognition result determined by the computing device; | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for receiving the first speech recognition result determined by the computing device.<br><br>*See* Claim 1(d). |

**U.S. Patent No. 11,929,073**

15(e) "receiving a first plurality of features, at least some of the features being determined using the first speech recognition result;"

| Claim 15(e) | Amazon Smart Devices |
|---|---|
| receiving a first plurality of features, at least some of the features being determined using the first speech recognition result; | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for receiving a first plurality of features, at least some of the features being determined using the first speech recognition result. <br><br> *See* Claim 1(e). |

-49-

**U.S. Patent No. 11,929,073**

15(f) "determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and"

| Claim 15(f) | Amazon Smart Devices |
|---|---|
| determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features; and | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for determining, prior to receiving the second speech recognition result from the cloud computing service, whether to select the first speech recognition result or to wait for the second speech recognition result based at least in part on the first speech recognition result and the first plurality of features.<br><br>*See* Claim 1(f). |

**U.S. Patent No. 11,929,073**

15(g) "selecting the first speech recognition result based on the determining."

| Claim 15(g) | Amazon Smart Devices |
|---|---|
| selecting the first speech recognition result based on the determining. | Amazon Smart Devices include software stored on a non-transitory, computer-readable medium for selecting the first speech recognition result based on the determining.<br><br>*See* Claim 1(g). |