EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CERENCE OPERATING COMPANY
_____
Plaintiff

v.

Civ. No. 2:26-cv-00372-JRG-RSP

AMAZON.COM, INC. et al.
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendants Amazon.com, Inc., Amazon Services LLC, and Amazon Web Services, Inc.

Date Party's answer was originally due: 05/28/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 07/13/2026

Date: 5/20/2026          /s/  *Natalie A. Bennett*
                         Full Name: Natalie A. Bennett
                         State Bar No.: IL St. Bar 6304611
                         Address: MORGAN, LEWIS & BOCKIUS LLP
                                  1111 Pennsylvania Avenue, NW
                                  Washington, D.C. 20004-2541

                         Phone: (202) 739-3000
                         Fax: (202) 739-3001
                         Email: natalie.bennett@morganlewis.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)