| Attorney or Party without Attorney:<br>Charles S. Baker (SBN 01566200)<br>TROUTMAN PEPPER LOCKE LLP<br>600 Travis Street Suite 2800<br>Houston, TX 77002<br>    Telephone No:   650.802.3620 | | For Court Use Only |
|---|---|---|
| Attorney For:   Plaintiff Cerence Operating<br>Company | Ref. No. or File No.:<br>267065.000014-Liu | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br>MARSHALL DIVISION | | |
| Plaintiff:   CERENCE OPERATING COMPANY<br>Defendant:   AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB<br>        SERVICES, INC. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00372-JRG-RSP |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CASE ASSIGNED TO DISTRICT JUDGE RODNEY GILSTRAP AND MAGISTRATE JUDGE ROY S. PAYNE; PLAINTIFF'S RULE 7.1 (A)(1) DISCLOSURE STATEMENT

3.  a.  Party served:     AMAZON WEB SERVICES, INC.
    b.  Person served:    MAK HAYES, Corporation Service Company d/b/a/ CSC, AGENT FOR SERVICE OF PROCESS, Caucasian , Female , Age: 20S , Hair: Brown , Height: 5'5" , Weight: 160 , Description: Glasses.

4.  Address where the party was served:   211 East 7th Street Suite 620, Austin, TX 78701

5.  I served the party:
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 07 2026 (2) at: 03:17 PM

6.  Person Who Served Papers:
    a. Justin Rogers PSC-20023
    b. FIRST LEGAL
       1939 HARRISON STREET, SUITE 818
       OAKLAND, CA 94612
    c. (415) 626-3111

    d. The Fee for Service was:   734.20

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

05/07/2026
(Date)

(Signature)



PROOF OF
SERVICE

15842726
(6317393)